UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GEORGE NOZADZE, and all other similarly :
situated current and former employees,        :  Civil Action No.: 11-cv-03979 (ADS)
                                               :
               Plaintiffs,                     :
                                               :
         -against-                             :
ISS W. 21st St., LLC.                          :  **STIPULATION OF DISMISSAL**
~~155 West BUILDING MAINTENANCE CORP~~.,:
                                               :
               Defendant.                      :
------------------------------------------------------------ X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice and without costs to either party.

Dated: Mineola, NY

LAW OFFICE OF RAYMOND NARDO            D'AGOSTINO, LEVINE, LANDESMAN & LEDERMAN, LLP

By: _____            By: _____
Raymond Nardo, Esq.                    Bruce H. Lederman, Esq.
129 Third Street                       345 Seventh Avenue, 23rd Floor
Mineola, New York 11501                New York, NY 10001
(516) 248-2121                         Attorneys for Defendant
Attorneys for Plaintiff

**SO ORDERED** this ___ day of _____, 2011

_____
HON. ARTHUR D. SPATT, U.S.D.J.